

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00374-CV

Paul Eric **STEPHENS**,
Appellant

v.

**SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY** d/b/a VIA Metropolitan
Transit,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-14519
The Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  November 30, 2011

JOINT MOTION TO DISMISS GRANTED; DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R.

APP. P. 42.1(a)(2). Costs of appeal are taxed against the party who incurred them.

PER CURIAM